# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| MUHINA MUKTARI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 5:17-cv-01206-VEH-JHE |
| ) | |
| ATTORNEY GENERAL JEFF SESSIONS, ) | |
| et al., ) | |
| ) | |
| Respondents. | |

## ORDER

Respondents move for a second extension of time of sixty days, until December 16, 2017, to respond to the undersigned's July 19, 2017 show cause order. (Doc. 6). Respondents explain that the Kenyan government has not declined to issue travel documents in Petitioner's case, and the request remains pending due to the Kenyan government's citizenship verification process. (Doc. 6-1).

Finding good cause, the motion (doc. 6) is **GRANTED**. Respondents must respond to the show cause order by **December 16, 2017**.

The Clerk is **DIRECTED** to **TERM** document 5 because it not a motion, but the exhibit to document 6 that was inadvertently filed.

DONE this 13th day of October, 2017.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE