## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| MUHINA MUKTARI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.: 5:17-cv-01206-VEH-JHE |
| | ) | |
| ATTORNEY GENERAL JEFF SESSIONS, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | | |

## ORDER

Respondents move for a third extension of time of sixty days, until February 16, 2018, to respond to the undersigned's July 19, 2017 show cause order. (Doc. 8). Respondents explain that the Kenyan government has not declined to issue travel documents in Petitioner's case, and the request remains pending due to the Kenyan government's citizenship verification process. (Docs. 8 & 9-1).

Finding good cause, the motion (doc. 8) is **GRANTED**. Respondents must respond to the show cause order by **February 16, 2018**.

DONE this 18th day of December, 2017.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE